IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAMSUNG SDS AMERICA, INC., | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No.: 24-cv-12682 |
| PHYSIQ, INC. | ) ) | **Honorable Sunil R. Harjani** |
| Defendant. | ) ) ) | |
| and | ) ) | |
| PROLAIO, INC. and PHYSIQ LENDING GROUP, LLC | ) ) ) | |
| Third-Parties in Interest | ) | |

**STATUS REPORT**

Plaintiff, SAMSUNG SDS AMERICA, INC. ("Samsung"), by and through undersigned counsel and pursuant to this Court's September 19, 2025 Order (Dkt. 33), hereby submits as follows:

On October 1, 2025, this Court entered two orders resolving Samsung's Motion for Turnover of Contingent Consideration ("Motion") (Dkt. 12). (Dkts. 35, 36.) Notwithstanding the Court's continuing jurisdiction to enforce those orders, all other matters related to the Motion are resolved.

2

Dated: October 17, 2025

Respectfully submitted,

SAMSUNG SDS AMERICA, INC.,

By: /s/ *Aaron S. Klein*
*One of Its Attorneys*

Howard K. Jeruchimowitz
Aaron S. Klein
GREENBERG TRAURIG, LLP
77 W. Wacker, Suite 3100
Chicago, IL 60601
Tel.: (312) 456-8400
Fax: (312) 345-8435
jeruchimowitzh@gtlaw.com;
aaron.klein@gtlaw.com